OPINION — AG — (1) UNDER THE PROVISIONS OF 11 O.S. 1971 471 [11-471], THE BOARD OF TRUSTEES OF A TOWN MAY NOT BY A TWO THIRDS MAJORITY VOTE, ORDER AND CAUSE THE NUMBER OF WARDS IN THE TOWN TO BE CHANGED FROM THREE TO FIVE; (2) UNDER 11 O.S. 1971 23 [11-23](C) (AS AMENDED), A TRUSTEE FROM A NEWLY CREATED WARD 5 IN A TOWN, IS ELECTED FOR A TERM OF FOUR YEARS AS ARE THE TRUSTEES FROM THE OTHER ODD NUMBERED WARDS OF THE TOWN (MUNICIAPLITY) CITE: 11 O.S. 1971 471 [11-471] (JAMES C. PECK)